IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| TEAMSTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al | : | |
| Plaintiffs, | : | Civil No. 06-4519 (RBK) |
| v. | : | **JUDGMENT** |
| DIMEDIO LIME COMPANY | : | |
| Defendant. | : | |

THIS MATTER having come before the Court upon motion by Plaintiff Teamsters Health and Welfare Fund of Philadelphia and Vicinity and Plaintiff Teamsters Pension Trust Fund of Philadelphia and Vicinity for default judgment against Defendant Dimedio Lime Company; and the Court having considered the motion papers, and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Plaintiffs' motion for entry of a default judgment is **GRANTED** and **JUDGMENT** is entered on behalf of Plaintiffs against Defendant in the amount of $952.97, with $618.26 to Plaintiff Health and Welfare Fund, and $334.71 to Plaintiff Pension Trust Fund; and

IT IS FURTHER **ORDERED** that Plaintiffs' motion for attorneys' fees in the amount of $2,244.50 and costs in the amount of $549.00 is **GRANTED**.

Dated:   11/30/2007                                                     /s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    United States District Judge